## ROBERT P. DIGNOTI *v.* MORANDE FORD, INC. (6102)

DUPONT, C. J., SPALLONE and NORCOTT, Js.

Submitted on briefs November 15—decision released December 13, 1988

*Philip L. Steele* filed a brief for the appellant (plaintiff).

*David E. Kamins* filed a brief for the appellee (defendant).

PER CURIAM. In this appeal, each of the plaintiff's averments of error implicates the discretionary power of the trial court. Our review of the record fails to disclose any abuse of discretion on the part of the court.

There is no error.